DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) **2:13-cr-029-JCM-GWF** |
| Plaintiff, | )<br>) |
| vs. | ) **MOTION TO CONTINUE** |
| | ) **GOVERNMENT'S DEADLINE TO** |
| DAVID ALLEN GARRETSON, | ) **RESPOND TO DEFENDANT'S MOTION** |
| | ) **TO REOPEN DETENTION HEARING** |
| Defendant. | ) |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, respectfully move this Court to allow the Government to file its response to Defendant David Allen Garretson's Motion to Reopen Detention Hearing by February 19, 2013.[1]

This motion is entered into based on the following:

1. Government counsel began trial in *U.S. v. Richard Carl Brown*, 2:12-cr-097-RCJ-VCF on Monday, February 11, 2013, the same day Defendant filed his motion. Counsel spoke to one another regarding defense counsel's plan to file the motion during the week of January 28, 2013. At that time, Government counsel indicated that she would be in trial starting February 11, 2013. Over a week after that discussion, defense counsel filed the motion on the day Government counsel commenced trial. The Government anticipates that the trial will end on February 14 or 15, 2013, at which point counsel will have adequate time to respond to the motion.

---

[1] February 18, 2013, is a national holiday and the Court will be closed.

2. Government counsel contact defense counsel and requested that the parties enter a joint stipulation to continue the Government's response deadline until after counsel is done with trial. Defense counsel opposed a continuance of the Government's response deadline.

3. The additional time requested herein is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

4. This is the Government's first motion to continue its deadline to respond to Defendant's Motion to Reopen Detention Hearing.

DATED this 12th day of February , 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Amber M. Craig
_____
AMBER M. CRAIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,            )
                                      )
        Plaintiff,            )   **2:13-cr-029-JCM-GWF**
                                      )
  vs.                                 )
                                      )   **ORDER**
DAVID ALLEN GARRETSON,                )
                                      )
        Defendant.            )
_____)

    Based upon good cause showing,

    IT IS THEREFORE ORDERED that the Government's response to Defendant's Motion to Reopen Detention hearing is due on __20th__ day of February, 2013.

    DATED this __12th__ day of February, 2013.


_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

3